UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALBERTO BALBUENA,

                            Plaintiff,                    ORDER TO SHOW CAUSE

     -against-                                    14-CV-3481 (ILG)

FLATBUSH KOSHER, INC., et al.,
*doing business as*
*Mittelman's Supermarket*,

                        Defendants.
-------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

       By Order dated December 19, 2014, the parties to this FLSA action were directed to complete discovery by January 30, 2015 and file their Joint Pretrial Order by February 2015. See Minute Entry (Dec. 19, 2014), Electronic Case Filing Docket Entry ("DE") #20.  The parties have ignored that order and, until today, took no further action for more than one and one-half years.  Today, without explanation, they filed a stipulation of discontinuance.  See Stipulation of Dismissal (July 7, 2016), DE #21.  As this is a FLSA case, counsel are directed to show cause, via ECF, by July 13, 2016, why a Cheeks review is not required.

        SO-ORDERED.

Dated:    Brooklyn, New York
           July 7, 2016

                                             /s/    *Roanne L. Mann*
                                             **ROANNE L. MANN**
                                             **CHIEF UNITED STATES MAGISTRATE JUDGE**